In The


 

Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-477 CV


____________________



JAMES VANDEVENDER, Appellant



V.



HONORABLE G. MITCH WOODS, IN HIS OFFICIAL CAPACITY AS


SHERIFF OF JEFFERSON COUNTY, TEXAS AND


JEFFERSON COUNTY, TEXAS, Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-167,686






MEMORANDUM OPINION


 The appellant, James VanDevender, and the appellees, the Honorable G. Mitch
Woods acting in his official capacity as Sheriff of Jefferson County, and Jefferson County,
Texas, jointly filed an agreed motion for remand. The parties agree that, in the interest
of justice, the case should be remanded to the trial court for a new trial on causation and
any other remaining issues. The motion meets the requirements for agreed disposition of
civil appeals. See Tex. R. App. P. 42.1(a)(2)(B). We vacate the judgment of the trial
court and remand the cause to the trial court for a new trial. Costs shall be assessed
against the incurring party.

 VACATED AND REMANDED.

 ____________________________

 DAVID GAULTNEY

 Justice


Submitted November 1, 2007

Opinion Delivered November 29, 2007

 

Before Gaultney, Kreger, and Horton, JJ.